# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION

In re:  Case No. 09-11039-BKC-PGH
Chapter 7

**ROBERT L. GARDNER, JR.**
**DIANA G. GARDNER**

Debtor(s).

PAID
132982



_____/

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )   The trustee has a balance of $____ remaining in his/her bank account which represents unpresented checks drawn and mailed to creditors of the above named debtor in accordance with Trustee's Notice of Final Dividends To Creditors. Your trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

(XX)  The trustee has a balance of $0.29 remaining in her bank account which represents small dividends as defined by FRBP 3010.

That there is attached and made a part of this Notice is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

DATED: June 22, 2010                          Deborah C. Menotte, Trustee

By: /s/ Deborah C. Menotte
Deborah C. Menotte, Trustee
P. O. Box 211087
West Palm Beach, FL 33421
(561) 795-9640

cc:  Office of the U.S. Trustee

**ROBERT L. GARDNER, JR. and DIANA G. GARDNER, DEBTORS**
**Case No. 09-11039-BKC-PGH**

| Claim # | Claimant's Name & Address | Amount of Dividend |
|---|---|---|
| 4 | PYOD LLC ISAOA of Citibank<br>c/o Resurgent Capital Services<br>P O Box 19008<br>Greenville, SC  29602 | $0.29 |